# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ELI HEARD, III, | Case No. 1:18-cv-00736-BAM (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THIS ACTION |
| v. | |
| ALLISON, et al., | (ECF No. 11) |
| Defendants. | |

Plaintiff Frank Eli Heard, III ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on May 30, 2018.

On December 26, 2018, Plaintiff filed a "motion to dismiss petition." (ECF No. 11.) Plaintiff states that his complaint has been resolved with CDCR. Plaintiff also requests that the Court dismiss its order granting Plaintiff's request to proceed in forma pauperis and directing payment of the filing fee.

As noted above, the Court has granted Plaintiff's request to proceed *in forma pauperis* in this action. (ECF No. 7.) Accordingly, Plaintiff is now required to pay the $350.00 filing fee in installments withdrawn from his prisoner trust account, as required by Title 28 U.S.C. § 1915(b)(1), which states:

///

1

> [I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—
>
> (A) the average monthly deposits to the prisoner's account; or
>
> (B) the average monthly balance in the prisoner's account for the 6-monthly period immediately proceeding the filing of the complaint or notice of appeal.

Title 28 U.S.C. § 1915 does not provide any authority or mechanism for the Court to reduce or waive the payment of Plaintiff's filing fee, suspend collection of the filing fee, or to reimburse any payments already made. This is true whether Plaintiff decides to voluntarily dismiss this action or not. As such, the request for relief from the filing fee is denied.

With respect to Plaintiff's motion to dismiss, "under Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has been served in this action and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated: **December 28, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE